| AO 10 Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2008** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Tatel, David S. | 2. Court or Organization<br><br>U.S. Court of Appeals, DC Cir. | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>Prettyman U.S. Courthouse<br>333 Constitution Ave., NW<br>Washington, DC 20001 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Carnegie Foundation for the Advancement of Teaching |
| 2. Director | Historical Society for the District of Columbia Circuit |
| 3. Director | Equal Justice Works |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 MAY 18 A 9: 53 FINANCIAL DISCLOSURE OFFICE RECEIVED

Tatel_David_S

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Self-Employed (education consultant) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 3/12-3/17 | Stanford, CA | Exec. Committee Meeting | Airfare, hotel, rental car, meals, local transportation |
| 2. Stanford University School of Law, Stanford, CA | 4/11-4/15 | Stanford, CA | Moot Court Competition | Airfare, hotel, rental car, meals, local transportation |
| 3. Carnegie Foundation for the Advancement of Teaching, Stanford, CA | 7/22-7/31 | Stanford, CA | Exec. Committe Meeting | Airfare, rental car, meals, local transportation |
| 4. The National Academies, Washington, D.C. | 10/19-10/20 | Boston, MA | Committee Meeting | Meals |
| 5. Spencer Foundation, Chicago, IL | 10/21-10/23 | Chicago, IL | Attend Lecture | Airfare, local transportation |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2009 |

| 6. University of Chicago, Chicago, IL | 10/21-10/23 | Chicago, IL | Speech | Airfare, local transportation |
|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S.          -  | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  Chevy Chase Bank- checking acct. | A | Interest | J | T | | | | | |
| 2.  ING Bank-savings acct● | A | Interest | K | T | | | | | |
| 3.  ING Bank- CD | A | Interest | | | Matured | 12/31 | J | A | |
| 4.  Maryland St Dept Transn Cons Transn Rev dtd 9/15/94 5% | B | Interest | | . | Redeemed | 7/15 | K | A | |
| 5.  Starbucks Corp. | | None | K | T | | | | | |
| 6.  Standard & Poors Midcap 400 | A | Dividend | L | T | | | | | |
| 7.  Federal Realty Investment Trust | B | Dividend | K | T | | | | | |
| 8.  Avalonbay Communities | A | Dividend | K | T | | | | | |
| 9.  Harford Cnty MD 4.25% 1/15/09 | B | Interest | K | T | | | | | |
| 10.  American Century Global Gold Fund | | None | | | Sold | 10/28 | K | A | |
| 11.  ISHARES Russell 2000 | A | Dividend | K | T | | | | | |
| 12.  ISHARES S&P Europe 350 | | None | | | Sold (part) | 01/31 | K | D | |
| 13.  -See Line 12 | | | | | Sold (part) | 03/04 | J | C | |
| 14.  -See Line 12 | | | | | Sold | 6/19 | K | E | |
| 15.  T. Rowe Price New Asia Fund | | None | . | | Sold | 10/27 | K | A | |
| 16.  Morgan Stanley MTN Var-Cpn due 2/01/11 | C | Interest | | | Sold | 10/28 | K | A | |
| 17.  Nexen Inc. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Suncor Energy Inc. | A | Dividend | K | T | Sold (part) | 03/04 | J | D | |
| 19. Eincana Corp. | A | Dividend | J | T | | | | | |
| 20. FHLB 5.125% due 6/18/08 | B | Interest | | | Matured | 6/18 | L | A | |
| 21. SEI Daily Income TR Treas Port CL B | A | Dividend | | | Sold | 5/31 | M | A | |
| 22. Canadian Oil Sands Trust | B | Dividend | | | Sold | 12/2 | J | A | |
| 23. U.S. Treasury Bill 1/10/08 | B | Interest | | | Matured | 1/10 | L | A | |
| 24. SEI Daily Income TR Govt Port Cl B | A | Dividend | L | T | Buy | 5/31 | M | | |
| 25. GE Money Bank CD 2.55% due 12/18/09 | | None | L | T | Buy | 12/19 | L | | |
| 26. Newport News, VA 5% due 11/1/15 | | None | L | T | Buy | 11/3 | L | | |
| 27. Wisconsin St 4.75% due 5/1/25 | | None | K | T | Buy | 10/31 | K | | |
| 28. Spring, TX Indpt Sch 5% due 8/15/33 | A | Interest | K | T | Buy | 3/13 | K | | |
| 29. U.S. Treasury Bill 4/10/08 | A | Interest | | | Buy | 1/15 | L | | |
| 30. -See Line 29 | | | | | Matured | 4/10 | L | A | |
| 31. U.S. Treasury Bill 12/11/08 | B | Interest | | | Buy | 6/25 | L | | |
| 32. -See Line 31 | | | | | Matured | 12/11 | L | A | |
| 33. Simplified Employee Pension Plan (SEP-I RA) | C | Int./Div. | L | T | | | | | |
| 34. --Adams Express Co. | | | | | Sold | 9/22 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | G =$100,001 - $1,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   --Petroleum & RES Corp. | | | | | Sold | 9/22 | J | A | |
| 36.   --Dodge & Cox International Stock Fund | | | | | Sold | 9/22 | J | A | |
| 37.   --SEI Daily Income TR Treas Port CL B | | | | | Sold | 5/31 | J | A | |
| 38.   --Mercantile Bk MI CD 5.05% due 1/4/08 | | | | | Matured | 1/4 | J | A | |
| 39.   --Third Ave Value Fund | | | | | Sold | 6/20 | K | A | |
| 40.   --Firstbank PR CD 5.2% due 2/8/08 | | | | | Matured | 2/8 | J | A | |
| 41.   --Midfirst OK City 5.05% due 5/23/08 | | | | | Matured | 5/23 | K | A | |
| 42.   --SEI Daily Income TR Govt Port Cl B | | | | | Buy | 5/31 | K | | |
| 43.   --Canadian Oil Sands Trust | | | | | Buy | 1/31 | J | | |
| 44.   --First Fed Bank CD 3.25% due 1/7/09 | | | | | Buy | 7/2 | K | | |
| 45.   --Capital One Bank CD 3.1% due 2/13/09 | | | | | Buy | 2/5 | K | | |
| 46.   --Commercial Bank GA CD 4.05% due 4/28/10 | | | | | Buy | 10/30 | K | | |
| 47.   Individual Retirement Account | F | Int./Div. | P1 | T | | | | | |
| 48.   --Adams Express Co. | | | | | Sold | 9/17 | K | E | |
| 49.   --Ishares MSCI Canada Index Fund, Inc. | | | | | | | | | |
| 50.   --T. Rowe Price Equity Income Fund, Inc. | | | | | Sold | 9/23 | L | B | |
| 51.   --T. Rowe Price International Stock Fund | | | | | Sold | 6/20 | L | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Third Avenue Value Fund, Inc. | | | | | Sold | 3/5 | L | E | |
| 53. --American Century Global Gold Fund | | | | | Sold | 6/20 | K | D | |
| 54. --Morgan Stanley MTN Var-Cpn 2/1/11 | | | | | | | | | |
| 55. --Weingarten Realty Investors Fund | | | | | | | | | |
| 56. --CISCO Systems, Inc. | | | | | | | | | |
| 57. --Prologis | | | | | | | | | |
| 58. --Syngenta AG ADR | | | | | Sold (part) | 4/15 | J | D | |
| 59. --See Line 58 | | | | | Sold | 9/25 | K | E | |
| 60. --Veolia Environment ADR | | | | | Sold | 9/25 | K | A | |
| 61. --Petroleum & RES Corp. | | | | | Sold | 9/25 | K | D | |
| 62. --Templeton Dragon Fd Inc. | | | | | Sold | 9/25 | K | C | |
| 63. --Encana Corp. | | | | | | | | | |
| 64. --See Line 63 | | | | | Buy (add'l) | 8/7 | K | | |
| 65. --See Line 63 | | | | | Sold | 9/25 | K | D | |
| 66. --iShares MSCI EAFE Index Fund | | | | | Sold | 2/5 | K | B | |
| 67. --FHLB 5.125% due 6/18/08 | | | | | Matured | 6/18 | L | A | |
| 68. --ETFS Agriculture DJ-Aigcism | | | | | Sold | 9/25 | K | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S.    - | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --SEI Daily Income TR Treas Port CL B | | | | | Sold | 5/31 | J | A | |
| 70. --American Int'l Group, Inc. | | | | | Sold | 9/17 | J | A | |
| 71. --Constellation Brands, Inc. | | | | | Sold | 3/7 | J | A | |
| 72. --Eli Lilly & Co. | | | | | Sold | 9/25 | K | A | |
| 73. --Diageo PLC ADR | | | | | Sold | 9/25 | J | A | |
| 74. --Firstbank PR CD 5.2% due 2/8/08 | | | | | Matured | 2/8 | M | A | |
| 75. --Midfirst OK City CD 5.05% due 5/23/08 | | | | | Matured | 5/23 | L | A | |
| 76. --Central Bk MN CD 4.6% due 6/12/08 | | | | | Matured | 6/12 | M | A | |
| 77. --Discover Bk DE CD 5.25% due 8/7/08 | | | | | Matured | 8/7 | M | A | |
| 78. --Capmark Bank CD 5.15% due 9/5/08 | | | | | Matured | 9/5 | M | A | |
| 79. --Haven Trust Bk CD 5% due 9/19/08 | | | | | Matured | 9/19 | L | A | |
| 80. --Lehman Coml Bk UT CD 4.8% due 10/17/08 | | | | | Matured | 10/17 | L | A | |
| 81. --Wright Express CD 4.7% due 11/14/08 | | | | | Matured | 11/14 | M | A | |
| 82. --First Merit Bk OH CD 5.25% due 7/10/09 | | | | | | | | | |
| 83. --SEI Daily Income TR Govt Portfolio Cl B | | | | | Buy | 5/31 | L | | |
| 84. --SAP Aktiengesellschaft Spns ADR | | | | | Buy | 4/15 | J | | |
| 85. --Capital One Bank CD 3.1% due 2/13/09 | | | | | Buy | 2/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tatel, David S. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  --First Natl Bank NE CD 2.85% due 4/3/09 | | | | | Buy | 10/3 | M | | |
| 87.  --GE Money Bank CD 2.05% due 6/18/09 | | | | | Buy | 12/19 | M | | |
| 88.  --Comerica Bank MI CD 3.55% due 10/1/09 | | | | | Buy | 10/1 | M | | |
| 89.  --GE Money Bank CD 2.55% due 12/18/09 | | | | | Buy | 12/19 | M | | |
| 90.  --Homestreet Bank CD 4.05% due 2/12/10 | | | | | Buy | 8/13 | M | | |
| 91.  --BMW Bank NA UT CD 3.95% due 4/1/10 | | | | | Buy | 10/1 | M | | |
| 92.  --Investors Cmnty CD 3.75% due 5/24/10 | | | | | Buy | 11/24 | M | | |
| 93.  --U.S. Treasury TIPS 2% due 1/15/26 | | | | | Buy | 1/16 | M | | |
| 94.  --Vanguard S/T Investment Grade Fd | | | | | Buy | 3/6 | L | | |
| 95.  --First Natl Bank OI CD 4.4% due 7/22/08 | | | | | Buy | 1/24 | M | | |
| 96.  --See Line 95 | | | | | Matured | 7/22 | M | A | |
| 97.  --U.S. Treasury Bills due 12/11/08 | | | | | Buy | 6/25 | N | | |
| 98.  --See Line 97 | | | | | Matured | 12/11 | N | A | |
| 99.  Life Insurance- Massachusetts Mutual Life Insurance | | None | M | T | | | | | |
| 100. Rental property, Rappahannock County, VA (8/2/96 $86,600) | | None | L | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tatel, David S. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  5/13/09

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544